1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
        United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          1:14-CR-00119-LJO

12                      Plaintiff,     **FINAL ORDER OF
                                       FORFEITURE**
13          v.

14  MARCO ANTONIO HERNANDEZ-RIOS,

15                      Defendant,

16

17       WHEREAS, on October 20, 2014, this Court entered a Preliminary Order of

18  Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

19  2461(c), based upon the plea agreement entered into between plaintiff and defendant

20  Marco Antonio Hernandez-Rios forfeiting to the United States the following property:

21          a.  Black Acer Laptop CPU;

22          b.  Generic Desktop CPU;

23          c.  HP Desktop Serial Number TSF02070903;

24          d.  HP Desktop Serial Number TS290310084;

25          e.  Black RCA Tablet

26          f.   TMAX Tablet, Model TM9S775 in Purple case;

27          g.  TMX Tablet, Model TM9S775 in Blue case;

28

                                       1
   Final Order of Forfeiture

h. SD Cards (2);

i. HP Color Laser Printer , Serial Number CN34A24089;

j. Laminator;

k. White Samsung Smart Phone S-3;

l. Samsung Note Smartphone;

m. LG Smartphone;

n. Apple iPhone in Blue case;

o. Samsung Smartphone in Jewel case

AND WHEREAS, Beginning October 23, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Marco Antonio Hernandez-Rios.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control

///

///

Final Order of Forfeiture

1 | over the subject property until it is disposed of according to law.

2

3 | IT IS SO ORDERED.

4 |    Dated:   **March 5, 2015**             **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture